JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SIMON MARK NOWINSKI, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR13-5521RJB <br><br> ORDER FOR WITHDRAWAL AND <br> SUBSTITUTION OF COUNSEL |

The Court having considered the Motion and Memorandum of Law in Support of Motion for Withdrawal and Substitution of Counsel, and the accompanying Ex-Parte, Sealed Affidavit of Counsel, NOW THEREFORE

IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Jerome Kuh, are permitted to withdraw as defense counsel in this matter, and that new defense counsel from the CJA panel shall be appointed to represent the defendant.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 14th day of November, 2013.

_/s/ Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:
*s/ Jerome Kuh*
Jerome Kuh
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**